# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHEILA HAMILTON BYNUM, ) )     Plaintiff, ) vs. ) ) DOCUMENT TECHNOLOGIES, LLC, ) doing business as EPIQ SYSTEMS, sued ) in its capacity as Plan Administrator of the ) Document Technologies Employee ) Benefit Plan, ) )     Defendant. ) | Civil Action No. 1:19-CV-01490-CC |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Sheila Hamilton Bynum, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and voluntarily dismisses this action *with prejudice*, each party to bear its own costs and fees.

This 10th day of December, 2019.

                                                        */s/ Nancy B. Pridgen*_____
                                                      Nancy B. Pridgen, Esq.
                                                      Georgia Bar No. 587949

PRIDGEN LAW GROUP
One Glenlake Parkway, Suite 650
Atlanta, Georgia 30328
Phone: 404-551-5884
Fax: 678-812-3654
Email: nancy@pridgenlaw.com

*Attorneys for Plaintiff*